FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# CHARGES AND PENALTIES

Jul 09, 2025

SEAN F. McAVOY, CLERK

**CASE NAME:** Bajun Dhunjisha MAVALWALLA II    **CASE NO.** 2:25-cr-00113-RLP-8

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 372 | Conspiracy to Impede or Injure Officers | CAG not more than 6 years; and/or $250,000 fine; not more than 3 years supervised release; and a $100 special penalty assessment |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |