Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Lisa C. Cartier Giroux
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIKKI PIKE HATFIELD,<br><br>Defendant. | Case No.: 2:25-cr-00113-RLP-3<br><br>Motion for Detention |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f). [The United States also moves for the revocation of Defendant's release, pursuant to 18 U.S.C. § 3148].

A.   <u>18 U.S.C. § 3142(e) and (f)</u>

　　1.   <u>Eligibility of Case</u>

This case is eligible for a detention order because the case involves (check one or more):

☐   Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

Motion for Detention - 1

1      ☐      A violation of 18 U.S.C. § 1591;

2      ☐      An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with maximum

3 penalty of 10 years or more;

4      ☐      Maximum penalty of life imprisonment or death;

5      ☐      Drug offense with maximum penalty of 10 years or more;

6      ☐      Felony, with two prior convictions in above categories;

7      ☒      Felony that involves a minor victim or that involves the possession or

8 use of a firearm or destructive device as those terms are defined in 18 U.S.C.

9 § 921, or any other dangerous weapon, or involves a failure to register under

10 18 U.S.C. § 2250;

11      ☐ Minor Victim     ☐ Firearm     ☐ Destructive Device

12      ☒ Dangerous Weapon     ☐ Failure to Register

13      ☐      Serious risk Defendant will flee (as specified below); or

14      ☒      Serious risk obstruction of justice.

15      Click or tap here to enter text. (Delete if not using)

16      2.     <u>Reason for Detention</u>

17 The Court should detain Defendant because there is no condition or

18 combination of conditions which will reasonably assure (check one or both):

19      ☒      Defendant's appearance as required; or

20      ☒      Safety of any other person and the community.

21      3.     <u>Rebuttable Presumption</u>.

Motion for Detention - 2

1   The United States

2   ☐   will

3   ☒   will not

4   invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

5   If the United States is invoking the presumption, it applies because there is
6   probable cause to believe Defendant committed:

7   ☐   Drug offense with maximum penalty of 10 years or more;

8   ☐   An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

9   ☐   An offense under 18 U.S.C. § 2332b(g)(5)(B) for which a maximum
10  term of imprisonment of 10 years or more is prescribed;

11  ☐   An offense under chapter 77 of Title 18, United States Code, for
12  which a maximum term of imprisonment of 20 years or more is prescribed;

13  ☐   An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591,
14  2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3),
15  2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or
16  2425;

17  ☐   Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

18  4.   <u>Time for Detention Hearing</u>

19  The United States requests that the Court conduct the detention hearing:

20  ☐   At the first appearance, or

21  ☒   After a continuance of three days.

Motion for Detention - 3

B.   No Contact Order

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

The United States will request additional conditions at the initial appearance.

Dated: July 15, 2025.

Stephanie Van Marter
Acting United States Attorney

s/ Lisa C. Cartier Giroux
Lisa C. Cartier Giroux
Assistant United States Attorney

Motion for Detention - 4

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generates a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

s/ Lisa C. Cartier Giroux
Lisa C. Cartier Giroux
Assistant United States Attorney

Motion for Detention - 5