Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Lisa C. Cartier Giroux
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00113-RLP-7 |
|---|---|
| Plaintiff, | |
| v. | Motion for Detention |
| BOBBI LEE SILVA, | |
| Defendant. | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

A.    18 U.S.C. § 3142(e) and (f)

    1.    Eligibility of Case

This case is eligible for a detention order because the case involves (check one or more):

☐    Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐    A violation of 18 U.S.C. § 1591;

Motion for Detention - 1

☐    An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with maximum penalty of 10 years or more;

☐    Maximum penalty of life imprisonment or death;

☐    Drug offense with maximum penalty of 10 years or more;

☐    Felony, with two prior convictions in above categories;

☐    Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☐ Minor Victim    ☐ Firearm    ☐ Destructive Device

☐ Dangerous Weapon    ☐ Failure to Register

☐    Serious risk Defendant will flee (as specified below); or

☒    Serious risk obstruction of justice.

Click or tap here to enter text. (Delete if not using)

2.    <u>Reason for Detention</u>

The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒    Defendant's appearance as required; or

☒    Safety of any other person and the community.

3.    <u>Rebuttable Presumption</u>.

The United States

Motion for Detention - 2

☐    will

☒    will not

invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

If the United States is invoking the presumption, it applies because there is probable cause to believe Defendant committed:

☐    Drug offense with maximum penalty of 10 years or more;

☐    An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐    An offense under 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐    An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☐    An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐    Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

4.    <u>Time for Detention Hearing</u>

The United States requests that the Court conduct the detention hearing:

☐    At the first appearance, or

☒    After a continuance of three days.

B.    <u>No Contact Order</u>

Motion for Detention - 3

1    The United States further requests, in addition to pretrial confinement, that

2    Defendant be subject to the following condition:

3    Defendant shall have no contact whatsoever, direct or indirect, with any

4    persons Defendant knows or reasonably should know are or may become a victim

5    or potential witness in the subject investigation or prosecution.  Prohibited forms of

6    contact include, but are not limited to, telephone, mail, email, text, video, social

7    media, and/or any contact through any third person or parties.

8

9    The United States will request additional conditions at the initial appearance.

10

11    Dated:  July 15, 2025.

12                                         Stephanie Van Marter
                                          Acting United States Attorney

13
                                          s/ Lisa C. Cartier Giroux
14                                        Lisa C. Cartier Giroux
                                          Assistant United States Attorney

15

16

17

18

19

20

21

Motion for Detention - 4

1

## **CERTIFICATE OF SERVICE**

2

      I hereby certify that on July 15, 2025, I electronically filed the foregoing

3

with the Clerk of the Court using the CM/ECF System, which in turn automatically

4

generates a Notice of Electronic Filing (NEF) to all parties in the case who are

5

registered users of the CM/ECF system.

6

7
                              s/ Lisa C. Cartier Giroux

                              Lisa C. Cartier Giroux

8
                              Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

Motion for Detention - 5