AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

RECEIVED
UNITED STATES MARSHAL

2025 JUL 10  AM 7: 24

EASTERN WASHINGTON
SPOKANE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:25-cr-00113-RLP-2 |
| JUSTICE FORRAL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 15, 2025**

SEAN F. MCAVOY, CLERK

## ARREST WARRANT

To:    Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ JUSTICE FORRAL _____,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 372 Conspiracy to Impede or Injure Officers

Date:  Jul 09, 2025, 4:56 pm _____
                                          *Issuing officer's signature*

City and state:    Spokane, Washington _____
                                          Sean F. McAvoy, Clerk of Court/DCE
                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/9/25 , and the person was arrested on *(date)* 7/15/25 |
| at *(city and state)* Spokane, WA . |
| | **Arrested within the E/WA** |
| Date:  7/15/25 | By: USMS |
| | *Arresting officer's signature* |
| | (Agency) |
| | Executed on: 7/15/25 |
| | Sign: Reagan K Schraner, USMS |
| | *Printed name and title* |