AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RECEIVED
UNITED STATES MARSHAL
2025 JUL 10 AM 7:23
EASTERN WASHINGTON
SPOKANE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
**Jul 15, 2025**
SEAN F. McAVOY, CLERK

| United States of America | ) | |
| v. | ) | Case No. 2:25-cr-00113-RLP-3 |
| MIKKI PIKE HATFIELD | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MIKKI PIKE HATFIELD,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 372 18 U.S.C. § 372
18 U.S.C. § 111(a)(1) and (b) Assault on a Federal Officer and Employee

Date: Jul 09, 2025, 4:56 pm

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/9/25, and the person was arrested on *(date)* 7/15/25
at *(city and state)* Spokane, WA.
Arrested within the E/WA
Date: 7/15/25
By: USMS
(Agency)
Executed On: 7/15/25
Sign: Reagan L. Schraner, USMS
*Arresting officer's signature*
*Printed name and title*