AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:25-cr-00113-RLP-1 |
| BENJAMIN THEODORE STUCKART | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

RECEIVED
UNITED STATES MARSHAL

2025 JUL 10 AM 7: 24

EASTERN WASHINGTON
SPOKANE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 16, 2025**

SEAN F. McAVOY, CLERK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ _____ BENJAMIN THEODORE STUCKART _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ❑ Superseding Indictment      ❑ Information      ❑ Superseding Information      ❑ Complaint

❑ Probation Violation Petition      ❑ Supervised Release Violation Petition      ❑ Violation Notice      ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 372 Conspiracy to Impede or Injure Oficers

Date:   Jul 09, 2025, 4:56 pm                                          _____
                                                                                    _Issuing officer's signature_

City and state:   Spokane, Washington                          Sean F. McAvoy, Clerk of Court/DCE
                                                                                    _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 7/10/25 , and the person was arrested on _(date)_ 7/15/25 at _(city and state)_ Spokane, WA . |
| Date:   7/15/25 |
| Arrested within the E/WA   By: FBI   (Agency) _Arresting officer's signature_   Executed On: 7/15/25   Sign: Reagan K. Schrrener, USMS   _Printed name and title_ |