# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.** 2:25-CR-0113-RLP-1 |
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:  12/8/2025** |
| BENJAMIN THEODORE STUCKART, | **LOCATION:  Spokane** |
| Defendant. | **CHANGE OF PLEA** |

**JUDGE REBECCA L. PENNELL**

| Courtney Piazza | | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |

| Rebecca Perez / Lisa Cartier-Giroux | Todd Maybrown |
|---|---|
| **Government Counsel** | **Defense Counsel** |

**[ X ] Open Court**                                    **[  ] Probation:**

Defendant is not in custody and present with counsel.

An original signed Plea Agreement, Deferred Sentencing Agreement and Joint Motion for Pre-Sentence Payment were provided to the Court. Colloquy was held between the Court and the Government regarding this case moving forward.

Ms. Cartier-Giroux presented the elements of the offense, the maximum penalties and the factual basis for the charges.

The Court advised the Defendant of rights relating to the charges against the Defendant. The Defendant's true and correct name was confirmed. The Court inquired regarding Defendant's understanding of the elements and facts, which would need to be proven to obtain a conviction. The Court advised the Defendant of the potential penalties associated with the charge, the possible immigration consequences and that certain rights to appeal will be given up. Oath administered to Defendant for change of plea.

The Defendant pleaded guilty to Count 1 of the Indictment and the Court accepted the plea as knowing and voluntary. The Court grants the Defendant's Oral Motion to Modify Conditions of Pre-Trial Release (no objection by the Government) and Joint Motion for Pre-Sentence Payment.

The Court accepted the parties' deferred sentencing agreement and set a status conference for **6/7/2027 at 10:30 a.m.** in Spokane. At the status conference, the parties anticipate that the Defendant will withdraw the felony plea, plea to a misdemeanor; and a sentencing hearing will be set and presentence report ordered.

The Defendant shall remain on the imposed conditions of release.

Page - 2                                    USA v. Stuckart

| CONVENED:  1:29 PM | ADJOURNED:  2:04 PM | TIME: 35 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|