Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
Phone: (509) 747-9100
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Jac Dalitso Archer*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAC DALITSO ARCHER, *et al.*,<br><br>Defendants. | No. 2:25-CR-00113-RLP-9<br><br>**DECLARATION OF ANDREW M. WAGLEY RE: DEFENDANT ARCHER'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS INDICTMENT UNDER THE FIRST AMENDMENT** |

I, Andrew M. Wagley, do hereby declare that the following is true and correct under penalty of perjury:

(1)     I am over the age of eighteen and competent to testify regarding the matters stated herein.  I am an attorney of record for the Defendant, Jac Archer.  I make this Declaration in support of Defendant Archer's Reply Brief in Support of Motion to Dismiss Indictment.

Reply Declaration of Andrew M. Wagley—
Page 1

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

(2)    Attached hereto as **Exhibit A** is THE NEW YORK TIMES article entitled *"Go Big and Go Loud": Inside the Justice Dept.'s Push to Prosecute Protestors.* This article was published on March 19, 2026 and is available via the following link:

https://www.nytimes.com/2026/03/19/us/politics/justice-dept-prosecuteprotesters.html?unlocked_article_code=1.UVA.dmc u.O9G6UtWJTEQG&smid=url-share

I hereby declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my understanding.

EXECUTED this 27th day of March, 2026 in Spokane, Washington.

By:   **/s/ Andrew M. Wagley**
Andrew M. Wagley

Reply Declaration of Andrew M. Wagley—
Page 2

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all of the attorneys that have appeared in this case and have registered with the CM/ECF System.

EXECUTED this 27th day of March, 2026 in Spokane, WA.

By: __/s/ Jodi Dineen_____
Jodi L. Dineen, Paralegal

Reply Declaration of Andrew M. Wagley—
Page 3

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100