

Andrea K. George
Executive Director
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
509.624.7606
Attorney for Justice Forral

UNITED STATES DISTRICT COURT
HONORABLE REBECCA PENNELL

| | |
|---|---|
| United States of America, | No.  2:25-cr-00113-RLP-2 |
| Plaintiff, | |
| v. | Motion for Henthorn Material |
| Justice Forral, | |
| Defendant. | |

Pursuant to *United States v. Henthorn,* 931 F.2d 29 (9th Cir. 1991), Justice Forral moves for the disclosure of impeachment material contained in the personnel file of all testifying federal law enforcement officers, to include but not limited to any allegations of excessive use of force, perjurious conduct, or other like dishonesty, whether founded or not.

In *Henthorn*, the government argued that it only need examine the files upon a defendant's initial showing of materiality. The Ninth Circuit clearly stated "the obligation to exam the files arises by virtue of the making of a demand for their production." *Id*, at 31.

Justice Forral formally makes that demand.

Dated: April 13, 2026.

Federal Defenders of Eastern Washington & Idaho
s/Andrea K. George
Andrea K. George, MN 0202125
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539

Andrea_George@fd.org

### Service Certificate

I hereby certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which our office will send notification of such filing to the following: Earl Hicks, Assistant United States Attorneys Lisa Cartier-Giroux and Rebecca Perez.

s/Andrea K. George
Andrea K. George, MN 0202125
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Andrea_George@fd.org