Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
ETTER, M<u>c</u>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
Phone: (509) 747-9100
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Jac Dalitso Archer*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAC DALITSO ARCHER, *et al.*,<br><br>Defendants. | No. 2:25-CR-00113-RLP-9<br><br>**DECLARATION OF ANDREW M. WAGLEY IN SUPPORT OF DEFENDANT ARCHER'S PRETRIAL MOTIONS** |

I, Andrew M. Wagley, do hereby declare the foregoing is true and correct under penalty of perjury:

(1)     I am over the age of eighteen and competent to testify regarding the matters stated herein.  I am an attorney of record for Defendant Jac Archer.  I make this Declaration in support of Defendant Archer's Pretrial Motions.

Declaration of Andrew M. Wagley in
Support of Defendant Archer's Pretrial
Motion - Page 1

ETTER, M<u>c</u>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

(2)    Attached hereto as **Exhibit A** is a true and correct copy of the Staff Profile of Pete Serrano, Special Attorney to the Attorney General of The United States and the First Assistant United States Attorney for the Eastern District of Washington.  This link was obtained from the website for the United States Attorney of the Eastern District of Washington.

(3)    Attached hereto as **Exhibit B** is a true and correct copy of a Press Release dated April 3, 2026, entitled "Clarkston Woman Sentenced to 5 Years in Prison for Role in Overdose Death."  This link was obtained from the website for the United States Attorney of the Eastern District of Washington.

(4)    Attached hereto as **Exhibit C** is a true and correct copy of the Historical Biography of Attorney General: Pam Bondi.  This link was obtained from the website of the Office of the Attorney General.

(5)    Attached hereto as **Exhibit D** is a true and correct copy of the "About the Office" of the Office of the Attorney General.  This link was obtained from the website of the Office of the Attorney General.

I hereby declare under penalty of perjury of the laws of the United States and State of Washington that the foregoing is true and correct.

Declaration of Andrew M. Wagley in
Support of Defendant Archer's Pretrial
Motion - Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

EXECUTED THIS 13th day of April, 2026 in Spokane, Washington.


By: /s/ Andrew M. Wagley
   Andrew M. Wagley, WSBA #50007

Declaration of Andrew M. Wagley in
Support of Defendant Archer's Pretrial
Motion - Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all of the attorneys that have appeared in this case and have registered with the CM/ECF System.

EXECUTED this 13th day of April, 2026 in Spokane, WA.

By:   /s/ Jodi Dineen
      Jodi L. Dineen, Paralegal

Declaration of Andrew M. Wagley in
Support of Defendant Archer's Pretrial
Motion - Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100