Todd Blanche
Acting Attorney General of the United States
Lisa C. Cartier Giroux
Rebecca R. Perez
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTICE FORALL,<br><br>Defendant. | Case No.: 2:25-CR-00113-RLP-2<br><br>United States Response to Henthorn Request (ECF 259) and Motion For Reciprocal Discovery<br><br>May 5, 2026 @ 10:30 a.m.<br>With Oral Argument |

Plaintiff, United States of America, by and through Lisa C. Cartier Giroux and Rebecca R. Perez, Assistant United States Attorneys for the Eastern District of Washington, hereby files the following response to Defendant's motion.

The United States acknowledges its obligation to disclose required material under *Henthorn,* including Brady or Giglio material, pertaining to its testifying law enforcement witnesses. This obligation is triggered and done for any testifying law enforcement witness, with or without specific request from defense counsel. The United States has a formalized process that it must follow in obtaining and potentially disclosing of any required material. The United States also follows up directly with

each witness in addition to a formal *Henthorn* request to their parent agency. If material is provided by that parent agency for potential disclosure, that material is reviewed and if in question, submitted to the Court through an *ex parte* motion for the Court's review.

The United States will follow that process in this case, which may include utilizing that *ex parte* process. The United States is aware that Defendants have already requested and possibly obtained personnel records through a public records request. At this time, defense has not provided any reciprocal discovery to the United States regarding any personnel records. The United States therefore resubmits its reciprocal discovery request and asks the Court to order defense to provide any records it has received in response to a public records request or subpoena relative to any personnel files.[1]

The United States will comply with its requirements pursuant to *Henthorn, Brady* and its progeny.

Dated this 20th day of April 2026

Todd Blanche
Acting Attorney General

*s/ Rebecca R. Perez*
Rebecca R. Perez
Assistant United States Attorney

---

[1] This may be the subject of a further motion in limine to avoid the unnecessary disclosure of private personnel files at trial.

**CERTIFICATION**

I hereby certify that on April 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

*s/ Rebecca R. Perez*
Rebecca R. Perez
Assistant United States Attorney