Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Jac Dalitso Archer*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAC DALITSO ARCHER,<br><br>Defendant. | Case No. 2:25-CR-00113-RLP-9<br><br>**DEFENDANT ARCHER'S JOINDER IN MOTION TO DISMISS FOR SELECTIVE PROSECUTION** |

COMES NOW, Defendant Jac Archer, by and through their counsel of record, and hereby joins in Defendant Justice Forral's Motion to Dismiss for Selective Prosecution, filed a ECF No. 278.

///

///

///

Defendant Archer's Joinder in Motion to
Dismiss for Selective Prosecution - Page 1

RESPECTFULLY SUBMITTED this 23rd day of April, 2026.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

 /s/ Andrew M. Wagley
Andrew M. Wagley, WSBA #50007
Counsel for Jac Dalitso Archer

Defendant Archer's Joinder in Motion to
Dismiss for Selective Prosecution - Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2026, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record.

EXECUTED in Spokane, Washington on April 23, 2026.

By: /s/ Jodi Dineen
Jodi Dineen, Paralegal

Defendant Archer's Joinder in Motion to
Dismiss for Selective Prosecution - Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100