# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUSTICE FORRAL (2),
BAJUN DHUNJISHA MAVALWALLA II (8),
JAC DALITSO ARCHER, (9),

Defendants.

**Case No.** 2:25-CR-0113-RLP-2, 8, 9

**CRIMINAL MINUTES**

**DATE: 5/5/2026**

**LOCATION: Spokane**

**PRETRIAL CONFERENCE / MOTION HEARING**

**JUDGE REBECCA L. PENNELL**

| Linda Hansen | LC 02 | | Crystal Gonzalez |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Lisa Cartier-Giroux / Rebecca Perez | | Andrea George (2) Matthew Duggan / Aine Ahmed (8) Carl Oreskovich / Andrew Wagley (9) | |
| **Government Counsel** | | **Defense Counsel** | |

**[ X ] Open Court**                              **[ ] Probation:**

Defendants are present in the courtroom with counsel. The defendants are not in custody.

The Court and counsel discussed the trial schedule. The Government estimates 3-4 days for their case 18-20 witnesses with potential stipulations. Defense counsel indicates that the trial may go into a second week.

Jury panel information will be provided to the parties on Wednesday, 5/13/2026. The parties will have until Friday, 5/15/2026 to stipulate to jurors that can be stricken from the jury panel. The Court will set a hearing on Friday, 5/15/2026 via video conference to discuss potential juror strikes.

The Court reviewed the Court's media policy. Courtroom overflow rooms will be available for the public. Spectators and media are referred to the Court's website for further information.

The Court advised the parties of her practice to allow the parties to present mini-opening statements to the jury during voir dire.

Jury instructions used by Judge Brown were previously sent to the parties for review, and were discussed by the Court and counsel.

The Court provided preliminary rulings on the following motions and discussed with counsel:

Defendant Forral's Motion for Henthorn Material (ECF Nos. 259).
     Court Ruling: Granted.

Defendant Forral's Motion to Redact Indictment (ECF No. 261).
     Court Ruling: Denied. By the end of the week, the parties shall provide the Court with their suggested language for the Court to read to the Jury before voir dire.

Defendant Forral's Motion to Strike Government's Notice of 902(11) records as untimely and insufficient (ECF No. 288).
     Court Ruling: Denied

United States Motion in Limine Re Exclusion of Irrelevant Material (ECF No. 262).
     Court Ruling: Granted in Part and Denied in Part.

United States Omnibus Second Motion in Limine (ECF No. 264).
     Court Ruling: Granted in Part and Denied in Part.

Defendant Archer's Motion in Limne re: Codefendants' Guilty Pleas and Plea Agreements (ECF No. 265).
     Court Ruling: Granted.

Rebecca Perez and Lisa Cartier-Giroux, on behalf of the Government addressed the Court regarding the preliminary rulings.

Andrea George requested that the defendants are not referred to as conspirators and/or coconspirators during the course of the trial, with the exception of closing arguments.  The Court will not allow the use in argument in opening or witness examination.

Ms. George additionally requested that the law enforcement officers not be addressed as victims and that the defendants not be referred to as defendants.
The Court and counsel previously discussed the defendants being addressed by their last names.

Aine Ahmed advised the Court regarding character witnesses/testimony that they intend to use in trial. The defense anticipates that Mr. Mavalwalla will testify.  Mr. Ahmed advised that they will be requesting a preliminary jury instruction regarding the First Amendment.

Carl Oreskovich addressed the Court regarding jury instructions. Mr. Oreskovich requested that his client be allowed to go to the scene of the alleged crime – relief from presentence condition of release. The request was joined by the other defendants. No objection by the Government with advance notice provided.  Approved by the Court.

Andrea George requested that the Court reserve the front row of the gallery for family and investigators. The Court advised that seating in the courtroom will be first come first served and will permit the defense investigators to sit behind counsel table.

Ms. Perez requested that no courtroom sketches be made of witnesses or jurors. Ms. George requested that sketches of witnesses be allowed. The Court advised that briefing may be filed for the Court's consideration regarding witnesses.  Sketching of the jurors will not be allowed.

The final pretrial conference will be RESET for 8:00 a.m. on Monday, May 18, 2026.

| CONVENED:  10:40 AM | ADJOURNED:  11:04 AM | TIME:  1 HR/ 24 MINS | [ X] ORDER FORTHCOMING |
|---|---|---|---|