Todd Blanche
Acting Attorney General
Rebecca R. Perez
Lisa Cartier-Giroux
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUSTICE FORRAL, BAJUN DHUNJIHA MAVAWALLA II, AND JAC DALITSO ARCHER,

Case No.: 2:25-CR-00113-RLP-2,8,9

UNITED STATES' WITNESS LIST

Plaintiff United States of America, by and through Rebecca R. Perez and Lisa C. Cartier-Giroux, Assistant United States Attorneys, and hereby submits the United States' Witness List for trial in the above-captioned matter on May 18, 2026.

1.    Lindsay Sanders, FBI

2.    Ian Burns, FBI

3.    Ethan Hawks, FBI

4.    Kevin Loader, FBI

5.    Jared Tomaso, ATF

United States' Witness List – Forral, Archer, Mavawalla – 1

6.　John LaForte, HSI

7.　Greg McSullivan, HSI

8.　Jason McIntosh, ICE

9.　Jeremy Burlingame, ICE

10.　Kevin Wilks, ICE

11.　Jared Wolf, Spokane County Sheriff's Department

12.　Brittan Morgan, Spokane County Sheriff's Department

13.　Caleb Sullivan, Customs and Border Patrol

14.　Daniel Valencia, Spokane Police Department

15.　Robert Riggles, Spokane Police Department

16.　Keith Gonsalves, Spokane Police Department

17.　Jon Wiseman, retired

18.　Ariana Sanchez

19.　Bryan Weber, Spokane Police Department

20.　Tyler Heiman, Spokane Police Department

21.　Craig Hamilton, Spokane Police Department

22.　Nate Donaldson, Spokane Police Department

23.　Reid Carrell, Spokane Police Department

24.　Jeffery Gallaher, Spokane County Sheriff's Department

25.　David McPhetres, Spokane County Sheriff's Department

26.　Karl Richardson, Spokane Police Department

United States' Witness List – Forral, Archer, Mavawalla – 2

27.    Chris McMurtrey, Spokane Police Department

In the event Defendants elect to sign stipulations, the United States will call fewer witnesses than those listed here.  The United States reserves the right to amend or supplement as necessary.

Dated: May 11, 2026

Todd Blanche
Acting Attorney General

*s/ Rebecca R. Perez*
Rebecca R. Perez
Assistant United States Attorney

United States' Witness List – Forral, Archer, Mavawalla – 3

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

s/ Rebecca R. Perez
Rebecca R. Perez
Assistant United States Attorney

Certificate of Service – 1