Matthew F. Duggan
Duggan Law Offices
23505 E. Appleway Avenue
Suite 200-175
Liberty Lake, Washington 99019
509-951-2047
matt@mattdugganlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BAJUN DHUNJISHA MAVALWALLA II, <br><br> Defendant. | No:  2:25-CR-00113-RLP-8 <br><br><br> DEFENDANT BAJUN MAVALWALLA'S WITNESS LIST |

Defendant Bajun Dhunjisha Mavalwalla II, through his counsel, Matthew F. Duggan, hereby submits Defendant's Witness List or the trial in the above-captioned matter.

1.  Erin Sellers

2.  Dave Christensen

3.  Caleb Hutchins

4.  Dr. Bernadine Bank

5.  Josalyn Isabel

DATED:      May 11, 2026,

Respectfully Submitted,
*/s/ Matthew F. Duggan*
Matthew F. Duggan
Attorney for Defendant

Notice of Joinder

1

23505 E. Appleway Ave., Ste 200-175
Liberty Lake, WA 99019
509-951-2047
matt@mattdugganlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: United States Attorney for the Eastern District of Washington.

*/s/ Matthew F. Duggan*
Matthew F. Duggan
Attorney for Defendant

Notice of Joinder

2