Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
Phone: (509) 747-9100
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Jac Dalitso Archer*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAC DALITSO ARCHER,<br><br>Defendants. | No. 2:25-CR-00113-RLP-9<br><br>**DEFENDANT ARCHER'S JOINDER IN DEFENDANT FORRAL'S PROPOSED JURY INSTRUCTIONS AND SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS** |

COMES NOW, Defendant Jac Dalitso Archer, by and through their counsel of record, Carl J. Oreskovich and Andrew M. Wagley of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby joins in Defendant Justice Forral's Proposed Jury Instructions, submitted at ECF No. 298, including the Proposed Verdict Form.

Defendant Archer's Joinder in Defendant
Forral's Proposed Jury Instructions and
Supplemental Proposed Jury Instructions—
Page 1

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

Defendant Archer further submits the following Supplemental Jury Instructions:

| Instruction | Citation | Title |
|---|---|---|
| S-1 | Ninth Circuit Model Criminal Jury Instruction No. 4.8 | Knowingly |
| S-2 | Caselaw | Intentionally |
| S-3 | Ninth Circuit Model Criminal Jury Instruction No. 6.19 | Duty to Deliberate |

Defendant Archer's Joinder in Defendant
Forral's Proposed Jury Instructions and
Supplemental Proposed Jury Instructions—
Page 2

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **PROPOSED SUPPLEMENTAL JURY INSTRUCTION S-1**

An act is done knowingly if the defendant is aware of the act and does not act through ignorance, mistake, or accident.  You may consider evidence of the defendant's words, acts, or omissions, along with all the other evidence, in deciding whether the defendant acted knowingly.

*Ninth Circuit Model Criminal Jury Instruction No. 4.8*

Defendant Archer's Joinder in Defendant
Forral's Proposed Jury Instructions and
Supplemental Proposed Jury Instructions—
Page 3

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## PROPOSED SUPPLEMENTAL JURY INSTRUCTION S-2

An act is done intentionally if the defendant subjectively intended or desired the proscribed act or result.

*See United States v. U.S. Gypsum Co.*, 438 U.S. 422, 444 n. 20 (1978) ("In a conspiracy, two different types of intent are generally required—the basic intent to agree, which is necessary to establish the existence of the conspiracy, and the more traditional intent to effectuate the object of the conspiracy."); *Ocasio v. United States*, 578 U.S. 282, 288 (2016) (defendant must "reach an agreement with the 'specific intent that the underlying crime be *committed*' by some member of the conspiracy"); *United States v. Little*, 753 F.2d 1420, 1443 (9th Cir. 1984) (conspiracy is "by definition, a specific intent crime"); *United States v. Lamott*, 831 F.3d 1153, 1156 (9th Cir. 2016) ("In a crime requiring 'specific intent,' the government must prove that the defendant subjectively intended or desired the proscribed act or result.").

Defendant Archer's Joinder in Defendant Forral's Proposed Jury Instructions and Supplemental Proposed Jury Instructions— Page 4

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **PROPOSED SUPPLEMENTAL JURY INSTRUCTION S-3**

When you begin your deliberations, elect one member of the jury as your presiding juror who will preside over the deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreement if you can do so.  Your verdict, whether guilty or not guilty, must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinion if the discussion persuades you that you should.  But do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision.  Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.

Perform these duties fairly and impartially.  You should also not be influenced by any person's race, color, religious beliefs, national ancestry, sexual orientation, gender identity, gender, or economic circumstances.  Also,

Defendant Archer's Joinder in Defendant
Forral's Proposed Jury Instructions and
Supplemental Proposed Jury Instructions—
Page 5

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

do not allow yourself to be influenced by personal likes or dislikes, sympathy, prejudice, fear, public opinion, or biases, including unconscious biases. Unconscious biases are stereotypes, attitudes, or preferences that people may consciously reject but may be expressed without conscious awareness, control, or intention.

It is your duty as jurors to consult with one another and to deliberate with one another with a view towards reaching an agreement if you can do so. During your deliberations, you should not hesitate to reexamine your own views and change your opinion if you become persuaded that it is wrong.

*Ninth Circuit Model Criminal Jury Instruction No. 6.19*

ETTER, MᶜMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

RESPECTFULLY SUBMITTED this 11th day of May, 2026.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.


By:   /s/ Andrew M. Wagley
      Carl J. Oreskovich, WSBA #12779
      Andrew M. Wagley, WSBA #50007
      *Attorneys for Defendant Archer*

Defendant Archer's Joinder in Defendant
Forral's Proposed Jury Instructions and
Supplemental Proposed Jury Instructions—
Page 7

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all of the attorneys that have appeared in this case and have registered with the CM/ECF System.

EXECUTED this 11th day of May, 2026 in Spokane, WA.

By:  /s/ Andrew M. Wagley
Andrew M. Wagley

Defendant Archer's Joinder in Defendant
Forral's Proposed Jury Instructions and
Supplemental Proposed Jury Instructions—
Page 8

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100