Matthew F. Duggan
Duggan Law Offices
23505 E. Appleway Avenue
Suite 200-175
Liberty Lake, Washington 99019
509-951-2047
matt@mattdugganlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAJUN DHUNJISHA MAVALWALLA II,<br><br>Defendant. | No: 2:25-CR-00113-RLP-8<br><br><br>DEFENDANT BAJUN MAVALWALLA'S JURY INTSTRUCTIONS |

Defendant Bajun Dhunjisha Mavalwalla II, through his counsel, Matthew F. Duggan, hereby adopts the jury instructions submitted by Justice Forral in ECF 298.

DATED:        May 13, 2026,

Respectfully Submitted,
*/s/ Matthew F. Duggan*
Matthew F. Duggan
Attorney for Defendant
23505 E. Appleway Ave., Ste 200-175
Liberty Lake, WA 99019
509-951-2047
matt@mattdugganlaw.com

Notice of Joinder

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: United States Attorney for the Eastern District of Washington.

/s/ Matthew F. Duggan
Matthew F. Duggan
Attorney for Defendant

Notice of Joinder

2