Matthew F. Duggan
Duggan Law Offices
23505 E. Appleway Avenue
Suite 200-175
Liberty Lake, Washington 99019
509-951-2047
matt@mattdugganlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAJUN DHUNJISHA MAVALWALLA II,<br><br>Defendant. | No:  2:25-CR-00113-RLP-8<br><br><br>DEFENDANT BAJUN MAVALWALLA'S MOTION TO ALLOW INVESTIGATOR TO BE SEATED AT COUNSEL TABLE |

Defendant Bajun Dhunjisha Mavalwalla II, through his counsel, Matthew F. Duggan, hereby moves the Court to allow Investigator Lynda Carpenter to be seated at counsel table during trial. This motion is based on the declaration of Matthew F. Duggan below.

DATED:        May 13, 2026,

Respectfully Submitted,
*/s/ Matthew F. Duggan*
Matthew F. Duggan
Attorney for Defendant
23505 E. Appleway Ave., Ste 200-175
Liberty Lake, WA 99019
509-951-2047
matt@mattdugganlaw.com

Notice of Joinder

1

DECLARATION

1. My name is Matthew Duggan and I represent Bajun Dhunjisha Mavalwalla II.

2. I am requesting that Investigator Lynda Carpenter be seated at counsel table to assist counsel during trial.

3. I have conferred with AUSA Rebecca Perez who does not object to this motion.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

> Mattthew F. Duggan
> WSBA No. 21852
> Attorney for Defendant
> Duggan Law Offices
> 23505 E. Appleway Ave
> Suite 200-175
> Liberty Lake, WA 99019
> p. 509-951-2047
> f. 509758-0411
> e. Matt@mattdugganlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: United States Attorney for the Eastern District of Washington.

> */s/ Matthew F. Duggan*
> Matthew F. Duggan
> Attorney for Defendant

Notice of Joinder

2