Print Form  Clear Form

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

5/13/26

SEAN F. McAVOY, CLERK

**Request to Conduct Electronic Reporting**

The undersigned requests that the Court allow live media blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be received by the presiding judge as far in advance as practicable.

| | |
|---|---|
| Case Name: USvMavawallaII,Archer,Forral; | Case No.: 2:25-CR-00113-RLP |

Presiding District or Magistrate Judge: Rebecca Pennell

Media Outlet: The Spokesman-Review

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| | | |
| | | |
| | | |

☑ Permission being sought for all public proceedings within the identified case.

DATED: May 18 - end of trial     SIGNATURE: _[signature]_

PRINTED NAME: Alexandra Duggan

EMAIL ADDRESS: alexandrad@spokesman.com

IT IS SO ORDERED,

☑ APPROVED          ☐ APPROVED AS MODIFIED          ☐ DENIED

DATED: May 13, 2026     _[signature]_

UNITED STATES DISTRICT JUDGE