Todd Blanche
Acting Attorney General of the United States
Lisa C. Cartier Giroux
Rebecca R. Perez
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JUSTICE FORALL,<br>BAJUN DHUNJIHA MAVALWALLA II,<br>and JAC DALITSO ARCHER,<br><br>                    Defendant. | Case No.: 2:25-CR-00113-RLP-2,8,9<br><br>UNITED STATES' MOTION TO EXCLUDE HEARSAY TESTIMONY AND NOTICE OF 5TH AMENDMENT PRIVILEGE RELATING TO DEFENSE WITNESSES<br><br>With Oral Argument<br>May 18, 2026 @ 8:00a.m. |

Plaintiff United States of America, by and through Lisa Cartier-Giroux and Rebecca R. Perez, Assistant United States Attorneys for the Eastern District of Washington, hereby files the following motion and notice regarding several of Defendants' disclosed witness list filed at ECF 308 and 312.

1. <u>Spokane Police Chief Kevin Hall – Motion to Exclude Impermissible Hearsay Testimony</u>

Chief Hall was listed as a potential witness on Defendant Forral's and Archer's joint witness list. The United States spoke with Chief Hall regarding his potential testimony if called. Chief Hall indicated he was not present at the scene

*UNITED STATES' MOTION TO EXCLUDE HEARSAY TESTIMNY AND NOTICE  OF 5TH AMENDMENT PRIVILEGE RELATING TO DEFENSE WITNESSES - 1*

on June 11th, 2025, and does not have direct knowledge of any of the events of the day occurring at the Cataldo building.

Chief Hall indicated he believes his testimony will center on various meetings which have occurred between his agency and other organizations including SCAR (Spokane Community Against Racism), PJALS (Peace and Justice Action League Against Spokane) and other similar community groups before and after the incident occurring on June 11, 2025. Jac Archer is a leader within those organizations and has presented themself as a leader during meetings. One of the purposes of the meetings was to determine what protest behavior could occur within city limits and SPD's possible response. According to Chief Hall, Archer was present during most of the meetings; Justice Forral was present during at least one.

The United States moves to exclude any impermissible hearsay testimony that may be elicited from Chief Hall. This would include the contents of any meeting, any discussion about planning protests, or any conversation between any of the defendants and Chief Hall.

2. 5th Amendment Rights of Listed Witness

Defendants have included the names of possible witnesses who were present on June 11th, including some who based on their actions may be subject to potential prosecution for obstructing and impeding officers and/or assault on an officer.. These individuals include Mavawalla's witness Caleb Hutchins, and Archer and

Forral's witnesses Laura Tewel, Liz Moore, and Gian Mitchell. While the United States is not indicating by this filing that these individuals will ultimately be charged, the 5th Amendment applies to any stage of a criminal investigation or questioning where answers may be used to implicate the person in a crime, and is simply providing notice to the Court in the event the Court believes it is necessary to provide any warnings outside the presence of the jury to these witnesses or appoint counsel prior to their testimony.

Dated:   May 7, 2026            Todd Blache
                                Acting Attorney General

                                *s/Rebecca R. Perez*
                                Rebecca R. Perez
                                Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

                                *s/Rebecca R. Perez*
                                Rebecca R. Perez
                                Assistant United States Attorney

*UNITED STATES' MOTION TO EXCLUDE HEARSAY TESTIMNY AND NOTICE OF 5TH AMENDMENT PRIVILEGE RELATING TO DEFENSE WITNESSES* - 3