

Andrea K. George
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
509.624.7606
Attorney for Justice Forral

# United States District Court
## Eastern District of Washington
### Honorable Rebecca L. Pennell

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>  v.<br><br>Justice Forral,<br><br>     Defendant. | No: 2:25-CR-00113-RLP<br><br>Response to Government's Motion to Exclude Henthorn Material |

The Government alleges that Justice Forral assaulted Sheriff Deputy Morgan by grabbing the hat off his head.

The Government has moved to exclude Henthorn material which had previously been disclosed to Defense counsel.  The Government filed the material restricted, so Counsel assumes it is the Henthorn material dealing with Spokane County Deputy Brittan Morgan.  Justice Forral opposes the Government's motion.

On April 13, 2026, Counsel filed an *ex parte* motion seeking an early return subpoena for any material from Deputy Brittan Morgan's personnel file relating to allegations of excessive use of force, perjurious conduct, or other acts of dishonesty. (ECF 260). The Court granted the subpoena but declined to have the subpoena handled *ex parte*. (ECF 270)

On May 7, 2026, the Spokane County Sheriff's Department complied with the subpoena and Counsel received documentation that Deputy Morgan had a complaint filed against him in 2023 alleging he inappropriately pointed his firearm directly on a target (which should only be done if ready to shoot) and did not report the use of force. In the course of this action, Deputy Morgan yelled at the suspect "Don't fucking move! Show me your fucking hands! I will shoot you in the fucking face!" The Sheriff's Department conducted an investigation into this complaint and the allegations of misconduct were sustained. The formal findings were that he

failed to report the use of force, acted in a way that destroyed the public respect and confidence in the Sheriff Department and failed to appropriately activate his body worn camera. Deputy Morgan was ordered to undergo remedial training.

The training had little effect. On June 11, 2025, Deputy Morgan pointed a weapon[1] at Justice Forral at point blank range.



---

[1] This weapon was a less lethal tactical compact rifle which can cause significant injury if shot at point blank range. They are designed to inflict blunt for trauma. "A 2017 analysis of nearly 2,000 injuries sustained by kinetic projectiles found that the vast majority were severe; 300 people were left permanently disable, and 53 died." A 'Less Lethal' Bullet Is Still a Bullet

Response to Government's motion to exclude Henthorn
– 2 –

Deputy Morgan failed to report this use of force.

DEFENDANT'S EXHIBIT 609C

In addition, when Deputy Morgan arrived at the Sheriff Department on June 11, he was unaware his body camera was on and stated to other deputies: "God I hope they do some shit. I want to hit someone with a stick today. This is my only day off you fucking cunts." And a bit later: "I cannot tell you how pissed off that I'm here right now. Not that I don't want to be here, I'd love to hit someone with a stick, but this is my only day off you fucking cunts." (Axon Body 4 D01A2476T).

Deputy Morgan further aggressively pulled the hair of two protesters only one of which was mentioned in his report.





When Deputy Morgan failed to report the use of force in 2023, he was ordered to undergo remedial training. Despite the training, on June 11, 2025, he again failed to document the use of force on at least two occasions. He knew he was required to. This is a purposeful omission and an act of dishonesty.

Based on the foregoing, the Court should deny the Government's motion and allow Defense Counsel's to impeach Deputy Morgan with his inability to follow

Sheriff Department rules, his aggressive and inappropriate conduct, and acts of dishonesty.

Dated: May 15, 2026

Respectfully Submitted,

By s/*Andrea George*
Andrea George, MN 202125
Federal Defenders of Eastern Washington and Idaho
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
Email: Andrea_George@fd.org
Telephone: 509-624-7606
Fax: 509-747-3539

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Lisa C. Cartier Giroux , Assistant United States Attorney.

By s/*Andrea George*
Andrea George, MN 202125
Federal Defenders of Eastern Washington and Idaho
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
Email: Andrea_George@fd.org
Telephone: 509-624-7606
Fax: 509-747-3539