# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.** 2:25-CR-0113-RLP-2, 8, 9 |
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:  5/15/2026** |
| | **LOCATION: Video Conference** |
| JUSTICE FORRAL (2),<br>BAJUN DHUNJISHA MAVALWALLA II (8),<br>JAC DALITSO ARCHER, (9), | **PRETRIAL CONFERENCE** |
| Defendants. | |

| **JUDGE REBECCA L. PENNELL** | | | |
|---|---|---|---|
| Ruby Mendoza | LC 02 | | Crystal Gonzalez |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Lisa Cartier-Giroux / Rebecca Perez | | Andrea George / Amy Rubin (2)<br>Matthew Duggan (8)<br>Carl Oreskovich / Andrew Wagley (9) | |
| **Government Counsel** | | **Defense Counsel** | |

**[ X ] Open Court**          **[  ] Probation:**

All parties are present via video conference. Defendants are present via video conference. The defendants are not in custody.

Court confirms the parties have reviewed the juror questionnaires.
   All parties indicate yes.

Court discusses jurors that should be struck for cause with counsel.

Court strikes the following jurors: 7, 11, 13, 16, 21, 22, 28, 33, 46, 51, 72, 76, 82, 86, 122, 127, 132, 5.

Court defers striking the following jurors: 34, 40, 45, 53, 69, 84, 9, 12, 8, 30, 48,49, 53, 58, 91, 98, 102, 104, 117, 136.

Court addresses counsel regarding missing juror questionnaires. Jurors will complete questionnaires on Monday morning.

Court addresses counsel regarding voir dire and individual conversations with jurors. The parties will need to reraise challenges for cause for jurors that were deferred.

Court confirms the parties don't know any of the jurors.
   Parties indicate no.

Court advises counsel that the mini-opening statement should not be argument and limited to 1 minute. The Government's opening statement is limited to 10 minutes; Defense is limited to 20 minutes for all 3 defendants.

Court will ask jurors if they've heard or read about the case and have individual conversations with jurors.

Court clarifies trial schedule with counsel. The Court will not have trial on Monday, May 26th and Friday, May 29th.  Judge Peterson will be available to take a verdict on Friday, May 29th.

Trial will begin at 8:00 am on Monday, May 18th.

| CONVENED:  8:59 AM | ADJOURNED:  10:30 AM | TIME: 1 HR 31 MINS | [ ] ORDER FORTHCOMING |
|---|---|---|---|