✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN                     DISTRICT OF                     WASHINGTON

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| BAJUN MAVALWALLA | Case Number: 2:25-cr-00113-RLP |

| PRESIDING JUDGE PENNELL | PLAINTIFF'S ATTORNEY REBECCA PEREZ; LISA CARTIER-GI | DEFENDANT'S ATTORNEY MATTHEW DUGGAN; AINE AHMED |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 701 | | | | Video (Stuckart et al_00016351) |
| | 702 | | | | Video (VID_20260311_150204.mp4) |
| | 703 | | | | Video (Stuckart et al_00016372) |
| | 704 | | | | Video (Stuckart et al_00016376) |
| | 705 | | | | Video (Stuckart et al_00016332) |
| | 706 | | | | Video (Stuckart et al_00016308) |
| | 707 | | | | Video (Stuckart et al_00016365) |
| | 708 | | | | Video (Stuckart et al_00016395) |
| | 709 | | | | Video(P118_DJI_20250611203922_0001_SNorthView) |
| | 710 | | | | Video (Stuckart et al_00014056) |
| | 711 | | | | Video (Stuckart et al_0001473) |
| | 712 | | | | Video (Stuckart et al_00014759) |
| | 713 | | | | Video (Stuckart et al_00016311 |
| | 714 | | | | Photo of non lethal round injury |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages