# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTICE FORRAL (2),<br>BAJUN DHUNJISHA MAVALWALLA II (8),<br>JAC DALITSO ARCHER, (9),<br><br>Defendants. | **Case No.** 2:25-CR-0113-RLP-2, 8, 9<br><br>**CRIMINAL MINUTES**<br><br>**DATE:  5/26/2026**<br><br>**LOCATION: Spokane**<br><br>**JURY TRIAL DAY SIX** |

### JUDGE REBECCA L. PENNELL

| Linda Hansen | LC 02 | | Crystal Gonzalez |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |

| Lisa Cartier-Giroux / Rebecca Perez | Andrea George / Amy Rubin (2)<br>Matthew Duggan / Aine Ahmed (8)<br>Carl Oreskovich / Andrew Wagley (9) |
|---|---|
| **Government Counsel** | **Defense Counsel** |

[ X ] Open Court                              [ ] Probation:

Defendants are present in the courtroom with counsel. The defendants are not in custody.

The Court and counsel discussed potential witness testimony regarding character evidence.

The Court and counsel discussed the Court's proposed jury instructions and the verdict form provided by the Government.

The Court and counsel discuss which witnesses are intended to be called and their honorifics.

**8:42 am   Jury panel brought into court.**
**All parties present**
**w/ Jury**

The Court admonished the jury.

**Christopher Smith, Spokane Police Officer, sworn to testify.**

Direct examination by Amy Rubin.

Exhibits 612A discussed with the witness.

Cross examination by Rebecca Perez.

**8:59 am**          **Bajun Mavalwalla, sworn to testify.**

Direct examination by Aine Ahmed.

Exhibits 76, 89 discussed with the witness.

9:17 am          Cross examination by Rebecca Perez.

Exhibits 91A, 22, 22A, 23, 88, 87, 56, 53 discussed with the witness.

**Recessed:**     **10:05 am**
**Reconvened:**   **10:19 am**
**All parties present**
**w/o Jury**

The Court admonished the gallery to not make comments during the court proceedings and advised that there is an overflow room available for viewing.

**10:23 am**          **Jury brought into open Court**
**All parties present**
**w/ Jury**

**Bajun Mavalwalla, resumed the stand previously sworn to testify.**

Continued cross examination by Rebecca Perez.

Exhibits 56, 53, 57, 64, 65, 66, 73A discussed with the witness.

11:16 am          Redirect examination by Mr. Ahmed.

Exhibits 19, 22, 703, 64 discussed with the witness.

The witness stepped down.

**11:27 am**          **David Christensen, sworn to testify.**

Direct examination by Aine Ahmed.

11:30 am          Cross examination by Ms. Perez.

The witness stepped down and was excused.

**11:31 am**          **Josalyn Isabel, sworn to testify.**

Direct examination by Aine Ahmed.

11:34 am          Cross examination by Ms. Perez.

The witness stepped down and was excused.

**11:35 am**            **Bernadine Bank, MD, sworn to testify.**

Direct examination by Aine Ahmed.

11:36 am            Cross examination by Ms. Perez.

**Defendant Mavalwalla rested.**

**11:37 am**            **Liz Moore, sworn to testify.**

Direct examination by Andrew Wagley.

Exhibits 601A, 601C discussed with the witness.

The Court admonished the jury and the witness.

**11:56 am**            **Jury excused from open court.**
**All parties present**
**w/o Jury**

The Court addressed counsel regarding the testimony of witnesses.

**Recessed:**            **12:00 pm**
**Reconvened:**            **1:00 pm**
**All parties present**
**w/ Jury**

The Court admonished the Jury.

**Liz Moore resumed the stand previously sworn to testify.**

Direct examination by Andrew Wagley.

Exhibits 601C, 601D, 603B, 605B, 605C, 606B, 63 discussed with the witness.

1:22 pm            Cross examination by Rebecca Perez.

Exhibits 605C, 88, discussed with the witness.

The witness stepped down and was excused.

**1:52 pm**            **Laura Tewel sworn to testify.**

Direct examination by Andrew Wagley.

Exhibits 426, 429, 471 discussed with the witness.

USA v.  Forral, et al.

2:09 pm            Cross examination by Rebecca Perez.

                   Exhibit 88 discussed with the witness.

The witness stepped down and was excused.

**2:35 pm            Jac Archer sworn to testify.**

                   Direct examination by Carl Oreskovich.

                   Exhibit 78, 77 discussed with the witness.

The Court admonished the witness.

**Recessed:        3:19 pm**
**Reconvened:      3:32 pm**
**All parties present**
**w/ Jury**

                   **Jac Archer resumed the stand, previously sworn to testify.**

                   Continued direct examination by Carl Oreskovich.

3:48 pm            Cross examination by Lisa Cartier-Giroux.

                   Exhibit 414, 77, 78, 86, 442, 440 discussed with the witness.

The witness stepped down.

The Court admonished the Jury and excused them for the evening. The Jury was directed to return tomorrow morning to be prepared to resume the trial at 8:30 a.m.

**5:00 pm            Jury excused from open court**
**All parties present**
**w/o Jury**

The Court will send the parties the most current version of Jury Instructions.

Carl Oreskovich advised that they will rest tomorrow morning and inquired as to the length of closing arguments. The Court will allow one hour for the government and 30 minutes for each defendant.

**Adjourned: 5:04 pm**

| CONVENED: | 8:00 AM | RECESSED: | 10:05 AM | TIME:  2 HRS/ 5 MINS | TOTAL TIME: 7 HRS / 37 MINS |
|---|---|---|---|---|---|
| RECONVENED: | 10:19 AM | RECESSED: | 12:00 PM | 1 HR / 41 MINS | |
| RECONVENED: | 1:00 PM | RECESSED: | 3:19 PM | 2 HRS/19 MINS | |
| RECONVENED: | 3:32 PM | ADJOURNED: | 5:04 PM | 1 HR / 32 MINS | |