# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTICE FORRAL (2),<br>BAJUN DHUNJISHA MAVALWALLA II (8),<br>JAC DALITSO ARCHER, (9),<br><br>Defendants. | **Case No.** 2:25-CR-0113-RLP-2, 8, 9<br><br>**CRIMINAL MINUTES**<br><br>**DATE:   5/27/2026**<br><br>**LOCATION: Spokane**<br><br>**JURY TRIAL DAY SEVEN** |

**JUDGE REBECCA L. PENNELL**

| Linda Hansen | LC 02 | | Crystal Gonzalez |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Lisa Cartier-Giroux / Rebecca Perez | | Andrea George / Amy Rubin (2)<br>Matthew Duggan / Aine Ahmed (8)<br>Carl Oreskovich / Andrew Wagley (9) | |
| **Government Counsel** | | **Defense Counsel** | |

**[ X ] Open Court**                              **[  ] Probation:**

Defendants are present in the courtroom with counsel. The defendants are not in custody.

The Court and counsel discussed the Court's proposed jury instructions and verdict form; and the responses received from counsel.

Ms. Rubin advised that Defendant Forral will not testify.

Defendants Forral, Archer and Mavalwalla and the Government presented formal exceptions/objections to the Court's Jury Instructions.

**8:33 am   Jury panel brought into court.**
**All parties present**
**w/ Jury**

The Court admonished the jury.

**Defendant Archer rested.**

**Defendant Forral rested.**

Case 2:25-cr-00113-RLP     ECF No. 362     filed 05/27/26     PageID.1755     Page 2
of 3

Page - 2                                    USA v.  Forral, et al.                                    Jury Trial

**Recessed:**        **8:37 am**
**Reconvened:**     **10:06 am**

The Court read the Final Instructions to the Jury.

10:36 am            Closing argument by Lisa Cartier-Giroux on behalf of the Government.

**Recessed:**        **11:36 am**
**Reconvened:**     **11:43 am**
**All parties present**
**w/ Jury**

11:43 am            Closing argument by Andrea George on behalf of Defendant Forral.

12:40 pm            Closing argument by Aine Ahmed on behalf of Defendant Mavalwalla.

1:04 pm             Closing argument by Carl Oreskovich on behalf of Defendant Archer.

**1:30 pm   Jury excused from open court.**
**All parties present**
**w/o Jury**

The Court discussed a matter brought up at sidebar regarding the definition of property and prior rulings of the Court.

**Recessed:**        **1:33 pm**
**Reconvened:**     **1:41 pm**
**All parties present**
**w/ Jury**

Rebuttal closing arguments by Rebecca Perez.

1:55 pm   Jurors 1, 2, 13 were designated as the alternates and were excused with the thanks of the Court.

Oath administered to the Court Services Officer to take charge of the Jury.

**2:00 pm   Jury excused to begin deliberations**
**All parties present**
**w/o Jury**

The Court advised counsel to remain close to the courthouse in the event of a question from the Jury or if a verdict is reached.

**Recessed:**        **2:03 pm**
**Reconvened:**     **5:00 pm**
**All parties present**
**w/ Jury**

Page - 3                               USA v.  Forral, et al.                               Jury Trial


The Court admonished the Jury for the evening and directed them to return to resume deliberations in the morning.  The Jury was directed to confer and decide what time they will reconvene.

**Adjourned:**        **5:03 pm**

| CONVENED: | 8:00 AM | RECESSED: | 8:37 AM | TIME: | 37 MINS | TOTAL TIME: 4 HRS / 18 MINS |
|---|---|---|---|---|---|---|
| RECONVENED: | 10:06 AM | RECESSED: | 11:36 AM | | 1 HR /30 MINS | |
| RECONVENED: | 11:43 AM | RECESSED: | 1:33 PM | | 1 HR/ 46 MINS | |
| RECONVENED: | 1:41 PM | RECESSED: | 2:03 PM | | 22 MINS | |
| RECONVENED: | 5:00 PM | ADJOURNED: | 5:03 PM | | 3 MINS | |