FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 8 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No.: 2:25-CR-00113-RLP-2 |
| Plaintiff, | | |
| v. | | VERDICT |
| JUSTICE FORRAL, | | |
| Defendant. | | |

WE, THE JURY, FIND THE DEFENDANT, JUSTICE FORRAL, AS

FOLLOWS:

### COUNT 1

AS TO COUNT 1 OF THE INDICTMENT:

NOT GUILTY    GUILTY        of Conspiracy to Impede or Injure Officers,
in violation of 18 U.S.C. § 372

_____    ___X___

If you have found the Defendant guilty of Conspiracy to Impede or Injure Officers,

in violation of 18 U.S.C. § 372, proceed to answer the following questions.

### SPECIAL VERDICT QUESTIONS

Having unanimously found Defendant Forral guilty of the offense charged in
Count 1 of the Indictment, mark "yes" next to the unanimous finding(s) in support
of that verdict.

Question 1
Do you unanimously find beyond a reasonable doubt that
Defendant Forral conspired to prevent by force,
intimidation, or threat, any officer of the United States       __X__ Yes    _____ No
from discharging any of their official duties?

Question 2
Do you unanimously find beyond a reasonable doubt that
Defendant Forral conspired to injure the person of any
officer of the United States on account of their lawful       _____ Yes    __X__ No
discharge of their official duties or while they were
engaged in the lawful discharge of their official duties?

Question 3
Do you unanimously find beyond a reasonable doubt that
Defendant Forral conspired to injure the property of any
officer of the United States on account of their lawful       __X__ Yes    _____ No
discharge of their official duties or while they were
engaged in the lawful discharge of their official duties?

Question 4
Do you unanimously find beyond a reasonable doubt that
Defendant Forral conspired to injure the property of any       __X__ Yes    _____ No
officer of the United States so as to molest, interrupt,
hinder, or impede them in the discharge of their official
duties?

Question 5
Do you unanimously find beyond a reasonable doubt that       __X__ Yes    _____ No
Defendant Forral aided and abetted another to conspire to
impede or injure any officer of the United States in the
discharge of their official duties?

DATED this 28ᵗʰ day of May 2026



PRESIDING JUROR