FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 8 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-00113-RLP-8 |
| Plaintiff, | |
| v. | VERDICT |
| BAJUN DHUNJISHA MAVALWALLA, II, | |
| Defendant. | |

WE, THE JURY, FIND THE DEFENDANT, BAJUN DHUNJISHA

MAVALWALLA, II, AS FOLLOWS:

### COUNT 1

AS TO COUNT 1 OF THE INDICTMENT:

NOT GUILTY    GUILTY        of Conspiracy to Impede or Injure Officers,
                            in violation of 18 U.S.C. § 372

_____    ___X____

If you have found the Defendant guilty of Conspiracy to Impede or Injure Officers,

in violation of 18 U.S.C. § 372, proceed to answer the following questions.

### SPECIAL VERDICT QUESTIONS

Having unanimously found Defendant Mavalwalla guilty of the offense charged in
Count 1 of the Indictment, mark "yes" next to the unanimous finding(s) in support
of that verdict.

Question 1
Do you unanimously find beyond a reasonable doubt that
Defendant Mavalwalla conspired to prevent by force,
intimidation, or threat, any officer of the United States          _____Yes   X_ No
from discharging any of their official duties?

Question 2
Do you unanimously find beyond a reasonable doubt that
Defendant Mavalwalla conspired to injure the person of             _____Yes   X_ No
any officer of the United States on account of their lawful
discharge of their official duties or while they were
engaged in the lawful discharge of their official duties?

Question 3
Do you unanimously find beyond a reasonable doubt that
Defendant Mavalwalla conspired to injure the property of
any officer of the United States on account of their lawful        _____Yes   X_ No
discharge of their official duties or while they were
engaged in the lawful discharge of their official duties?

Question 4
Do you unanimously find beyond a reasonable doubt that
Defendant Mavalwalla conspired to injure the property of          _____Yes   X_ No
any officer of the United States so as to molest, interrupt,
hinder, or impede them in the discharge of their official
duties?

Question 5
Do you unanimously find beyond a reasonable doubt that            X_Yes   _____No
Defendant Mavalwalla aided and abetted another to
conspire to impede or injure any officer of the United
States in the discharge of their official duties?

DATED this _28th_ day of May 2026     ████████████████████

                                      ████████████████████
                                      PRESIDING JUROR