FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 8 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAC DALITSO ARCHER,<br><br>        Defendant. | Case No.: 2:25-CR-00113-RLP-9<br><br>VERDICT |

WE, THE JURY, FIND THE DEFENDANT, JAC ARCHER, AS FOLLOWS:

## COUNT 1

AS TO COUNT 1 OF THE INDICTMENT:

NOT GUILTY    GUILTY       of Conspiracy to Impede or Injure Officers, in violation of 18 U.S.C. § 372

_____    \_\_X\_\_\_\_

If you have found the Defendant guilty of Conspiracy to Impede or Injure Officers,

in violation of 18 U.S.C. § 372, proceed to answer the following questions.

### SPECIAL VERDICT QUESTIONS

Having unanimously found Defendant Archer guilty of the offense charged in Count 1 of the Indictment, mark "yes" next to the unanimous finding(s) in support of that verdict.

Question 1

Do you unanimously find beyond a reasonable doubt that Defendant Archer conspired to prevent by force, intimidation, or threat, any officer of the United States from discharging any of their official duties?

__X__ Yes _____ No

## Question 2
Do you unanimously find beyond a reasonable doubt that Defendant Archer conspired to injure the person of any officer of the United States on account of their lawful discharge of their official duties or while they were engaged in the lawful discharge of their official duties?

_____ Yes __X__ No

## Question 3
Do you unanimously find beyond a reasonable doubt that Defendant Archer conspired to injure the property of any officer of the United States on account of their lawful discharge of their official duties or while they were engaged in the lawful discharge of their official duties?

_____ Yes __X__ No

## Question 4
Do you unanimously find beyond a reasonable doubt that Defendant Archer conspired to injure the property of any officer of the United States so as to molest, interrupt, hinder, or impede them in the discharge of their official duties?

__X__ Yes _____ No

## Question 5
Do you unanimously find beyond a reasonable doubt that Defendant Archer aided and abetted another to conspire to impede or injure any officer of the United States in the discharge of their official duties?

__X__ Yes _____ No

DATED this __28th__ day of May 2026

_____
PRESIDING JUROR