FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTICE FORRAL,<br>BAJUN DHUNJISHA MAVALWALLA II,<br>and<br>JAC DALITSO ARCHER,<br><br>Defendants. | No. 2:25-CR-0113-RLP-2,8,9<br><br>ORDER DIRECTING BRIEFING ON MOTIONS TO DISMISS |

After the Government rested its case on May 22, 2026, Defendants Justice Forral, Bajun Mavalwalla, and Jac Archer moved to dismiss the charge against them. The Court reserved ruling on the motions. To assist the Court in making a ruling as to the motions to dismiss, the Court asks the parties to brief the motions.

**Accordingly, IT IS ORDERED:**

1.    On or before June 11, 2026, Defendants shall file and serve briefs in support of their motions to dismiss. Defendant Archer may file a new brief in

ORDER DIRECTING BRIEFING ON MOTIONS TO DISMISS * 1

support of their motion addressing the evidence presented after the Government rested its case.

2.     On or before June 25, 2026, the Government shall file and serve briefs in response to Defendants' motions.

3.     On or before July 2, 2026, Defendants may file and serve reply briefs, if any, in support of their motions.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

DATED May 28, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER DIRECTING BRIEFING ON MOTIONS TO DISMISS * 2