Todd Blanche
Attorney General of the United States
Lisa C. Cartier Giroux
Rebecca R. Perez
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTICE FORRAL, BAJUN DHUNJIHA MAVALWALLA II, and JAC DALITSO ARCHER<br><br>Defendants. | Case Nos.: 2:25-CR-00113-RLP-2,8,9<br><br>Unopposed Motion to Extend Response Deadline |

Plaintiff, United States of America, by and through Lisa C. Cartier Giroux and Rebecca R. Perez, Assistant United States Attorneys for the Eastern District of Washington, requests an extension of the existing response deadline for Defendants' various post-trial motions. The United States respectfully requests the deadline be extended to October 26, 2026. Defendants have expressed no objection.

Following guilty verdicts on May 28, 2026, Defendants requested time to file post-trial motions. The Court's first ordered filing deadline was June 11th, 2026. ECF 368. That deadline was extended multiple times (ECF 371, 389, 403), with an ultimate filing deadline of August 21, 2026. A total of five additional attorneys filed notices of appearance on behalf of Defendants purportedly to engage in the briefing. ECF 400, 404, 427.

On August 21, 2026, the United States received hundreds of pages of briefing, including attachments. The United States requires additional time for the two assigned counsel to adequately address argument made by Defendants, and therefore respectfully requests an extension of the response deadline until October 26, 2026. Defendants do not object.

Dated this 25th day of August 2026

Todd Blanche
Attorney General of the United States

/s/ *Rebecca R. Perez*
Rebecca R. Perez
Assistant United States Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

*s/ Rebecca R. Perez*
Rebecca R. Perez
Assistant United States Attorney